George GILMORE, Petitioner

v.

Lawrence P. MAHALLY,
Superintendent,
Respondent

No. 195 EM 2016

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of January, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Application for Appointment of Counsel are **DENIED**.

Robert DAVIS, Petitioner

v.

COURT OF COMMON PLEAS,
Respondent

No. 193 EM 2016

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of January, 2017, the Application for Extraordinary Relief and the Application for an Immediate Plenary Review Hearing are **DENIED**.

James E. NIXON Sr., Petitioner

v.

PHILADELPHIA COUNTY CLERK
OF COURTS and Office of Open
Records, Respondents

No. 190 EM 2016

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of January, 2017, the Petition for Review is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Lawrence Glen ADAMS, Petitioner

Commonwealth of Pennsylvania,
Respondent

v.

Lawrence Glen Adams, Petitioner

Commonwealth of Pennsylvania,
Respondent

v.

Lawrence Glen Adams , Petitioner

No. 632 MAL 2016
No. 633 MAL 2016
No. 634 MAL 2016

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Khalid ALTAWARH, Petitioner**

No. 646 MAL 2016

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Glenn and Wendy DIEHL, H/W and Daniel and Susan Scott, H/W and Gayathri and Sriram Krishnan, H/W and Rashmi Radhakrishnan and Lisa Parviskhan and Joseph and Ann Worrell, H/W**

v.

**The CUTLER GROUP, INC.**

**Petition of: Joseph and Ann Worrell, H/W**

No. 565 MAL 2016

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

**NEW KENSINGTON–ARNOLD SCHOOL DISTRICT, Petitioner**

v.

**NEW KENSINGTON–ARNOLD EDUCATION–ASSOCIATION, PSEA/NEA, Respondent**

No. 320 WAL 2016

Supreme Court of Pennsylvania.

January 24, 2017